# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| JASON CARMONA, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00003-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| ADONA MEDICAL HEALTH CARE PROVIDER, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2023 Order.

March 13, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court